UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FRANCIS M. SHAW,

    Plaintiff,

v.                                    Case No. 3:19-cv-1316-J-39JBT

LAKE SHORE HMA, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Stipulation and Joint Motion for Dismissal with Prejudice (Doc. No. 31; Stipulation) filed on December 29, 2020. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1.    This case is **DISMISSED with prejudice.**

2.    Each party shall bear its own costs and fees.

3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

DONE and ORDERED in Jacksonville, Florida this 4th day of January, 2021.

BRIAN J. DAVIS
United States District Judge

cs

Copies to:

Counsel of Record